IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>ALLEN OIL COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-801 (KAJ) |

### NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

606128v1

                                  LOWENSTEIN SANDLER PC
                                  Attorneys At Law
                                  Paul Kizel, Esq.
                                  65 Livingston Avenue
                                  Roseland, New Jersey 07068
                                  Telephone (973) 597-2500

                                            -and-

Dated: October 26, 2005        THE BAYARD FIRM

                                  */s/ M. Augustine*
                                  Neil B. Glassman, Esq. (No. 2087)
                                  Ashley B. Stitzer, Esq. (No. 3891)
                                  Mary E. Augustine, Esq. (No. 4477)
                                  222 Delaware Avenue, Suite 900
                                  P. O. Box 25130
                                  Wilmington, DE  19899
                                  Telephone (302) 655-5000

                                  Co-Counsel for Perry Mandarino, not
                                  Personally, but as Trustee for the
                                  NationsRent Unsecured Creditor's
                                  Liquidating Trust